**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01452-CR
_____

### DAVID BRADLEY NEWTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Brown and Stoddart

Based on the Court's opinion of this date, we **GRANT** the March 31, 2015 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to David Bradley Newton, Bookin No. 14061749, North Tower 4E04, Dallas County Jail, P. O. Box 660334, Dallas, Texas, 75266-0334.

/Ada Brown/                
ADA BROWN
JUSTICE